77,697-06,07,08
09

RAUL DAVID JACKSON #1367898
William R Boyd Jr Unit
200 Spur 113
Teague, Tx. 75860

---

Court of Criminal Appeals                    May 16, 2015
Able Acosta, Clerk
P.O. Box 12308
Austin, Tx. 78711

RE: EX PARTE RAUL DAVID JACKSON

WRIT NO. WR-73,697-06, WR-73,697-07, WR-73,697-08, WR-73,697-09

TRIAL NO. W06-00445-K, W06-00448-K, W06-00450-K, W06-00453-K

Dear Mr Acosta,

    Enclosed please find a true copy of my correspondence that I have sent this date by certified mail RRR to Felicia Pitre, District Clerk, Dallas County, Texas.

    Please file this correspondence for record in the above-cause so that the Court is aware that I am not able to file objections to the findings of fact and conclusions of law of the trial court because the trial court clerk has failed or refused to forward them to me in accordance with Rules of Appellate Procedure Rule 73.4 (b)(2). Thank you.

Sincerely,

Raul David Jackson
Applicant, Pro Se

c. File

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 20 2015
Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 1   2015
Abel Acosta, Clerk

RAUL DAVID JACKSON #1367898
William R Boyd Jr Unit
200 Spur 113
Teague, Tx. 75860

---

Felicia Pitre                                           May 16, 2015
Dist.Clerk, Dallas Co.
133 N. Riverfront Blvd. LB 12
Dallas, Tx. 75207-4300


RE: EX PARTE RAUL DAVID JACKSON

WRIT NO. WR-73,697-06, WR-73,697-07, WR-73,697-08, WR-73,697-09

TRIAL NO. W06-00445-K, W06-00448-K, W06-00450-K, W06-00453-K


Dear Ms Pitre,

On 5/13/15, I received 4 white-card-notices from the Court of Criminal Appeals indicating that they have received and filed my habeas applications forwarded from your office. Please be advised that I am proceeding pro se and I have not received a copy of the findings of fact and conclusions of law as required by Rules of Appellate Procedure Rule 73.4 (b)(2).

In accordance with mandamus requirements, I am hereby demanding that you perform a mandatory duty and mail to me forthwith a true and correct copy of the findings of fact and conclusions of law that were forwarded to the Court of Criminal Appeals in this cause.

I am further requesting a true copy of the Clerk's Summary Sheet that was forwarded with said applications.

Please file-mark and return to me the enclosed copy of this correspondence. Thank you.

Sincerely,

Raul David Jackson
Applicant, Pro Se

c. Able Acosta
   File


**A TRUE COPY**